UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRYANT STEWARD,                        No. C 08-5615 MHP (pr)

       Plaintiff,                          **JUDGMENT**

  v.

Correctional Officers HOLBERT and HALE,

       Defendants.
                                /

        This action is dismissed for failure to state a claim upon which relief may be granted against a defendant and failure to comply with the court's order.

        IT IS SO ORDERED AND ADJUDGED.

DATED: September 9, 2009

                                             Marilyn Hall Patel
                                             United States District Judge